FILED
2016 MAY 18 PM 1 22
U.S. DISTRICT COURT
NE_____, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-15-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16CR*100  JAM* |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| MACKENZY NOZE, | : | 18 U.S.C. Section 1341 (Mail Fraud) |
| a.k.a. "Ken Ken," | : | |
| JONAS JOSEPH, | : | 18 U.S.C. Section 1343 (Wire Fraud) |
| a.k.a. "James," | : | |
| FRANDY DUGUE, | : | 18 U.S.C. Section 1349 (Conspiracy to |
| a.k.a. "Jimmy," | : | Commit Mail and Wire Fraud) |
| CARLINS CALIXTE, | : | |
| JACQUES FLEURIJEUNE, | : | 18 U.S.C. Section 2 (Aiding and |
| a.k.a. "Magic," and | : | Abetting) |
| PIERRE JEUDY | : | |

## INDICTMENT

The Grand Jury charges:

### GENERAL ALLEGATIONS

#### The Scheme and Artifice to Defraud

1. From in or about April 2011 through the present, the exact dates unknown, in the District of Connecticut and elsewhere, the defendants, MACKENZY NOZE, also known as "Ken Ken" (hereinafter, "NOZE"); JONAS JOSEPH, also known as "James" (hereinafter, "JOSEPH"); FRANDY DUGUE, also known as "Jimmy" (hereinafter, "DUGUE"); CARLINS CALIXTE (hereinafter, "CALIXTE"); JACQUES FLEURIJEUNE, also known as "Magic" (hereinafter

1

"FLEURIJEUNE"); and PIERRE JEUDY (hereinafter, "JEUDY") (collectively, the "Defendants"), and others known and unknown the Grand Jury, did knowingly and willfully engage in a scheme to defraud automobile insurance companies (hereinafter, the "victim insurance companies") and to obtain money from these companies by means of materially false and fraudulent pretenses, representations, and promises.

2.  The object of the scheme and artifice to defraud was for the Defendants and their co-conspirators to enrich themselves by defrauding the victim insurance companies through filing and collecting payment on fraudulent insurance claims for property damage and bodily injury.

## Manner and Means

The manner and means utilized by the Defendants and their co-conspirators to accomplish the object of the scheme and artifice to defraud included the following:

3.  The Defendants and their co-conspirators deliberately staged a series of automobile accidents in and around New London County, Connecticut. In total, the Defendants and their co-conspirators were involved in about 50 staged accidents, three of which are described in more detail below. A high percentage of these planned crashes were single-vehicle accidents on remote roads where there were no witnesses other than the occupants of the crashed vehicle.

4.  After each staged accident, the Defendants and their co-conspirators filed and caused to be filed fraudulent property damage and bodily injury claims with the victim insurance companies. The Defendants and their co-conspirators

corresponded with the victim insurance companies about the fraudulent claims via interstate telephone calls, facsimiles, emails, and mailings.

5. During the claim process, the Defendants and their co-conspirators made and caused to be made various false representations to the victim insurance companies, including as to (a) the conditions that caused the crash; (b) who was driving the vehicle at the time of the crash; (c) whether the purported passengers actually were inside the car at the time of the crash; and (d) whether and to what extent the occupants of the vehicle suffered injuries as a result of the crash.

6. The Defendants and their co-conspirators then collected payouts on the fraudulent claims from the victim insurance companies. These payouts typically ranged from about $6,500 to about $30,000 per accident. For his role planning and executing many of the staged accidents, NOZE typically received a share of the other participants' payouts.

*March 23, 2013 Staged Accident*

<u>COUNTS ONE AND TWO</u>
(Wire Fraud)

7. Paragraphs 1-6 of this Indictment are realleged and incorporated as though set forth fully herein.

8. On or about March 23, 2013, NOZE, JOSEPH, and a co-conspirator who has been separately charged (hereinafter, "CC-1") were involved in a staged accident on Wilderness Road in Norwich, Connecticut. With JOSEPH in the front passenger seat, NOZE purposely drove the vehicle into a tree. CC-1 was following NOZE and JOSEPH in a separate vehicle. After the crash, CC-1 took NOZE's place

in the driver's seat of the crashed vehicle, and NOZE drove away in CC-1's car before law enforcement officers arrived on the scene. JOSEPH and CC-1 subsequently filed fraudulent insurance claims in which they falsely represented and adopted each other's false representations that, among other things, CC-1 was driving the car at the time of the accident and the accident occurred because CC-1 hit a tree while swerving to avoid a deer. JOSEPH further falsely represented that he suffered injuries as a result of the crash. DUGUE witnessed and signed certain of JOSEPH's claim documents, knowing that they were false. In exchange for releasing their claims, JOSEPH and CC-1 received settlement payouts in the approximate amounts of $4,231 and $2,496, respectively.

9. On or about the dates listed below, in the District of Connecticut and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud, the Defendants identified below knowingly caused to be transmitted, and aided and abetted each other and others known and unknown to the Grand Jury to cause to be transmitted, in interstate commerce by means of wire communications certain signs, signals, and sounds, each constituting a separate count of this Indictment, as follows:

| Count | Date (on or about) | Description of Interstate Wire | Defendants |
|---|---|---|---|
| 1 | 4/12/2013 | Telephone call between JOSEPH within the State of Connecticut and Geico Indemnity Company outside the State of Connecticut | NOZE JOSEPH |
| 2 | 5/14/2013 | Release of claims for JOSEPH, witnessed by DUGUE, sent via facsimile from JOSEPH within the State of Connecticut to Geico Indemnity Company outside the State of Connecticut | NOZE JOSEPH DUGUE |

All in violation of Title 18, United States Code, Sections 1343 and 2.

*October 22, 2013 Staged Accident*

COUNTS THREE AND FOUR
(Wire Fraud)

10. Paragraphs 1-6 of this Indictment are realleged and incorporated as though set forth fully herein.

11. On or about October 22, 2013, NOZE, CALIXTE, JEUDY, FLEURIJEUNE, and two unindicted co-conspirators (hereinafter, "UCC-1" and "UCC-2") were involved in another staged accident on Wilderness Road in Norwich, Connecticut. With FLEURIJEUNE in the front passenger seat, and JEUDY, UCC-1, and UCC-2 in the backseat, NOZE purposely drove the vehicle into a tree. CALIXTE was following in a separate vehicle. After the crash, FLEURIJEUNE took NOZE's place in the driver's seat of the crashed vehicle, and NOZE drove away in CALIXTE's car before law enforcement officers arrived on the scene. JEUDY, FLEURIJEUNE, UCC-1, and UCC-2 subsequently filed fraudulent insurance claims in which they falsely represented and adopted each other's false representations that, among other things, FLEURIJEUNE was driving the car at the time of the accident and the accident occurred because FLEURIJEUNE hit a tree while swerving to avoid a deer. JEUDY, UCC-1, and UCC-2 further falsely represented that they suffered injuries as a result of the crash. In exchange for releasing their claims, JEUDY, FLEURIJEUNE, UCC-1, and UCC-2 received settlement payouts in the approximate amounts of $9,722, $2,090, $9,331, and $5,905, respectively. After UCC-2 received the $5,905 settlement payout, NOZE

5

and FLEURIJEUNE instructed UCC-2 to give them the entire sum, which UCC-2 did.

12. On or about the dates listed below, in the District of Connecticut and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud, the Defendants identified below knowingly caused to be transmitted, and aided and abetted each other and others known and unknown to the Grand Jury to cause to be transmitted, in interstate commerce by means of wire communications certain signs, signals, and sounds, each constituting a separate count of this Indictment, as follows:

| Count | Date (on or about) | Description of Interstate Wire | Defendants |
|---|---|---|---|
| 3 | 10/23/2013 | Police report sent via facsimile from FLEURIJEUNE within the State of Connecticut to Esurance Insurance Company outside the State of Connecticut | NOZE CALIXTE FLEURIJEUNE JEUDY |
| 4 | 11/27/2013 | Medical records and bills for JEUDY sent via facsimile from JEUDY within the State of Connecticut to Esurance Insurance Company outside the State of Connecticut | NOZE CALIXTE FLEURIJEUNE JEUDY |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT FIVE
(Mail Fraud)

13. Paragraphs 1-6 and 11 of this Indictment are realleged and incorporated as though set forth fully herein.

14. On or about November 29, 2013, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, NOZE, CALIXTE, JEUDY, and

6

FLEUIRJEUNE knowingly caused to be delivered, and aided and abetted each other and others known and unknown to the Grand Jury to cause to be delivered, through the United States mail, a release of claims for JEUDY that was mailed by JEUDY to Esurance Insurance Company.

All in violation of Title 18, United States Code, Sections 1341 and 2.

*December 14, 2013 Staged Accident*

### COUNT SIX
(Wire Fraud)

15. Paragraphs 1-6 of this Indictment are realleged and incorporated as though set forth fully herein.

16. On or about December 14, 2013, NOZE, JOSEPH, DUGUE, CALIXTE, JEUDY, and CC-1 were involved in a staged accident on Green Hollow Road in Killingly, Connecticut. Before crashing the car, NOZE directed JOSEPH, DUGUE, CALIXTE, and CC-1 to exit the vehicle. Alone in the vehicle, NOZE then purposely drove into a tree. Not satisfied with the extent of the damage, NOZE reversed the vehicle and drove into the tree two more times. Before law enforcement officers arrived on the scene, CC-1 took NOZE's place in the driver's seat, CALIXTE got into the front passenger seat, and NOZE, JOSEPH, and DUGUE got into the backseat. After the crashed vehicle was towed away, JEUDY picked up NOZE, JOSEPH, DUGUE, CALIXTE, and CC-1 in a separate vehicle. NOZE, JOSEPH, DUGUE, CALIXTE, and CC-1 subsequently filed fraudulent insurance claims in which they falsely represented and adopted each other's false representations that, among other things, CC-1 was driving the car at the time of the accident and the accident

occurred because the car skidded on snow. NOZE, JOSEPH, DUGUE, and CALIXTE further falsely represented that they suffered injuries as a result of the crash. In exchange for releasing their claims, NOZE, JOSEPH, DUGUE, CALIXTE, and CC-1 received settlement payments in the approximate amounts of $7,095, $2,300, $6,404, $644, and $3,197, respectively.

17. On or about January 8, 2014, in the District of Connecticut and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud, NOZE, JOSEPH, DUGUE, CALIXTE, and JEUDY knowingly caused to be transmitted, and aided and abetted each other and others known and unknown to the Grand Jury to cause to be transmitted, in interstate commerce by means of wire communications certain signs, signals, and sounds, to wit, medical records and bills for DUGUE sent via facsimile from DUGUE within the State of Connecticut to 21st Century North America Insurance Company outside the State of Connecticut.

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS SEVEN AND EIGHT
(Mail Fraud)

18. Paragraphs 1-6 and 16 of this Indictment are realleged and incorporated as though set forth fully herein.

19. On or about the dates listed below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, the Defendants identified below knowingly caused to be delivered, and aided and abetted each other and others known and unknown to the Grand Jury to cause to be delivered, through the United

8

States mail, the following documents, each constituting a separate count of this Indictment:

| Count | Date (on or about) | Description of Mailing | Defendants |
|---|---|---|---|
| 7 | 1/27/2014 | Settlement offer letter for JOSEPH mailed by 21st Century North America Insurance Company via United States mail to JOSEPH | NOZE JOSEPH DUGUE CALIXTE JEUDY |
| 8 | 1/27/2014 | Settlement offer letter and release of claims for CALIXTE mailed by 21st Century North America Insurance Company via United States mail to CALIXTE | NOZE JOSEPH DUGUE CALIXTE JEUDY |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT NINE
(Conspiracy to Commit Mail and Wire Fraud)

20. Paragraphs 1-19 of this Indictment are realleged and incorporated as though set forth fully herein.

21. From in or about April 2011 through the present, the exact dates unknown, in the District of Connecticut and elsewhere, NOZE, JOSEPH, DUGUE, CALIXTE, FLEURIJEUNE, and JEUDY willfully and knowingly did combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to commit mail and wire fraud as described in this Indictment, in violation of Title 18, United States Code, Sections 1341 and 1343.

All in violation of Title 18, United States Code, Section 1349.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY