

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*      *(203) 821-3700*
*157 Church Street, 25th Floor*      *Fax (203) 773-5376*
*New Haven, Connecticut  06510*      *www.justice.gov/usao-ct*

May 25, 2016

The Honorable Alvin W. Thompson
United States Courthouse
450 Main Street, Suite 240
Hartford, Connecticut 06103

      In re: *United States v. Mackenzy Noze et al.*
      Case No. 3:16CR100(AWT)

Dear Judge Thompson:

      The government respectfully notifies the Court that the above-captioned matter is related to another case in this Court.

      On May 3, 2016, the defendant in *United States v. Jennifer Lewis*, 3:16CR85(JAM), a case assigned to the Honorable Jeffrey A. Meyer, pleaded guilty to a one-count Information charging her with Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. § 1349. As reflected in the factual stipulation in the parties' plea agreement, Ms. Lewis was a member of a group of individuals who staged a series of pre-planned automobile crashes in and around New London County for the purpose of defrauding automobile insurance companies.

      The government alleges that the six defendants in the above-captioned case, *United States v. Mackenzy Noze et al.*, 3:16CR100(AWT), also participated in the staged car crashes. The defendants were indicted on May 18, and the case was assigned to the Honorable Alvin W. Thompson. Five of the defendants have been arrested and made their initial appearances. The sixth, Jonas Joseph, remains at large.

      It is the government's view that, for purposes of judicial economy and in accordance with Rule 50(b) of the Local Rules of Criminal Procedure, the two cases should be assigned to the same Judge. Because Ms. Lewis's case was filed first, the normal practice under the Local Rules would be for *United States v. Mackenzy Noze et al.*, 3:16CR100(AWT), to be transferred from Judge Thompson to Judge Meyer.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

Avi M. Perry
Assistant U.S. Attorney